IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN M. GEORGE-BAUNCHAND, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-3828 |
| WELLS FARGO HOME MORTGAGE, INC., *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

The defendant's motion for oral argument, (Docket Entry No. 31), on its motion for summary judgment, motion to dismiss under Rule 9(b), and second motion to dismiss under Rule 12(b)(6), (Docket Entry No. 26), is granted. A motion hearing is set for **November 28, 2011, at 10:30 a.m.**

SIGNED on November 15, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge