IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN M. GEORGE-BAUNCHAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3828 |
| | § | |
| WELLS FARGO HOME MORTGAGE, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's June 11, 2012 memorandum and opinion, the claims against the defendants are dismissed, with prejudice. This is a final judgment.

SIGNED on June 11, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge