IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAREN M. GEORGE-BAUNCHAND, § § Plaintiff, § § VS. § WELLS FARGO HOME MORTGAGE, § INC., *et al.*, § § Defendants. § § § § § | CIVIL ACTION NO. H-10-3828 |

**FINAL JUDGMENT**

For the reasons stated in this court's June 11, 2012 memorandum and opinion, the claims against the defendants are dismissed, with prejudice. This is a final judgment.

SIGNED on June 11, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge